# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| INFLUENCE ENTERTAINMENT, INCORPORATED,<br><br>　　　　Plaintiff,<br><br>v.<br><br>3765 HOLDING, LLC, et al.,<br><br>　　　　Defendants. | 2:07-CV-462 JCM (LRL)<br><br>Date:　　N/A<br>Time:　　N/A |

# ORDER

Presently before the court are the report and recommendations of United States Magistrate Judge Lawrence Leavitt, which were filed on November 21, 2008. (Doc. #97.) Judge Leavitt recommended granting plaintiff's motion for sanctions against defendant Edward J. Rudiger for his failure to comply with the court's August 20, 2008 order regarding discovery.

Local Rule IB 3-2 states that any party wishing to object to the findings and recommendations of a magistrate judge shall, within ten (10) days from the date of service of the findings and recommendations, file and serve specific written objections together with points and authorities in support thereof. This court then conducts a *de novo* determination of those portions of the specified findings or recommendations to which objections have been made. Here, no objections were filed.

Upon review of the magistrate judge's findings and recommendations and there being no objections filed,

**James C. Mahan**
**U.S. District Judge**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Leavitt's report and recommendations (Doc. # 97) are AFFIRMED in their entirety.

DATED this 23rd day of January, 2009.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**