UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| INFLUENCE ENTERTAINMENT, INC., | Case No. 2:07-CV-462 JCM (LRL) |
| Plaintiff(s), | ORDER |
| v. | |
| 3765 HOLDING, LLC, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Influence Entertainment v. 3765 Holding, LLC*, case number 2:07-cv-1251-JCM-LRL.

On July 23, 2021, this court granted defendants' motion to set aside the default judgment entered against them. (ECF No. 120). Plaintiff appealed. (ECF No. 121). On November 21, 2022, the Ninth Circuit reversed and remanded this court's decision and held that this court should have declared the default judgment lapsed or expired rather than setting it aside. (ECF No. 124). The order on mandate was entered on December 20, 2022. (ECF No. 127).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the court's order setting aside the default judgment (ECF No. 120), be, and the same hereby is, VACATED.

IT IS FURTHER ORDERED that if defendants seek relief from the default judgment, they may file a motion for this court to consider pursuant to the Ninth Circuit's instructions on remand.

DATED December 21, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**